**ZUMPANO PATRICIOS POPOK & HELSTEN, PLLC**
Amanda J. Brookhyser
Nevada Bar No. 11526
Danielle R. Jimenez
Nevada Bar No. 16717
1210 South Valley View Blvd., Suite 215
Las Vegas, NV 89102
702-583-3326
Abrookhyser@zplaw.com
Djimenez@zplaw.com
*and*
William G. Barber
Texas Bar No. 01713050
*Pro Hac Vice*
David E. Armendariz
Texas Bar No. 24082636
*Pro Hac Vice*
PIRKEY BARBER PLLC
1801 E. 6th Street, Suite 300
Austin, TX 78702
(512) 322-5200
(512) 322-5201 (fax)
bbarber@pirkeybarber.com
darmendariz@pirkeybarber.com
*Counsel for Plaintiffs Sam & Ash, LLP
and Samuel Mirejovsky*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SAM & ASH, LLP and SAMUEL MIREJOVSKY,<br><br>Plaintiffs,<br>v.<br><br>THE SAM BERNSTEIN LAW FIRM, PLLC,<br>Defendant. | CASE NO. 2:24-cv-02125-JAD-BNW<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (First Request)<br><br>stipulation at ECF 25 re: motion at ECF 22 |

**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Local Rule LR 26-3, Plaintiffs Sam & Ash, LLP and Samuel Mirejovsky and Defendant, The Sam Bernstein Law Firm PLLC, by and through their respective counsel, hereby stipulate and agree as follows:

On December 23, 2024, Defendant filed a Motion to Dismiss in the above-captioned case. Plaintiffs' deadline to respond to Defendant's Motion to Dismiss is currently set for January 6, 2025.

The parties have agreed, subject to the Court's approval, to extend the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss from January 6, 2025, to January 13, 2025. This stipulation is made in good faith and will not prejudice any party. Both parties agree that this extension is reasonable under the circumstances, given the press of other matters and the holiday season.

All other deadlines and procedures in this case remain unchanged.

**IT IS SO STIPULATED.**

| | |
|---|---|
| */s/ Oliver J. Pancheri* | */s/ Amanda Brookhyser* |
| NICHOLAS J. SANTORO, ESQ. | Amanda J. Brookhyser |
| Nevada Bar No. 532 | Nevada Bar No. 11526 |
| OLIVER J. PANCHERI, ESQ. | Danielle R. Jimenez |
| Nevada Bar No. 7476 | Nevada Bar No. 16717 |
| **SPENCER FANE LLP** | 1210 South Valley View Blvd., Suite 215 |
| 300 South Fourth Street, Suite 1600 | Las Vegas, NV 89102 |
| Las Vegas, Nevada 89101 | 702-583-3326 |
| Tel.: (702) 408-3400 / Fax: (702) 938-8648 | Abrookhyser@zplaw.com |
| Email: nsantoro@spencerfane.com | Djimenez@zplaw.com |
| opancheri@spencerfane.com | |
| San Francisco, CA 94108 | and |
| | |
| and | |
| | |
| David H. Bernstein | William G. Barber |
| dhbernstein@debevoise.com | Texas Bar No. 01713050 |
| **DEBEVOISE & PLIMPTON LLP** | David E. Armendariz |
| 650 California Street | Texas Bar No. 24082636 |
| Telephone: (212) 909-6696 | PIRKEY BARBER PLLC |
| Facsimile: (212) 521-7696 | 1801 E. 6th Street, Suite 300 |
| *Attorneys for Defendant* | Austin, TX 78702 |
| | (512) 322-5200 |
| | (512) 322-5201 (fax) |
| | *Counsel for Plaintiffs Sam & Ash, LLP and Samuel Mirejovsky* |

**ORDER**

Based on the parties' stipulation [ECF No. 25] and with good cause appearing, IT IS ORDERED that plaintiffs' deadline to respond to the defendant's Motion to Dismiss [ECF No. 22] is extended to January 13, 2025.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 31, 2024